IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL OSCAR OLSON, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> OFFICIALS OF IDOC, JOHN DOE - ) </br> ISCI Classifying Officer, THOMAS ) </br> BEAUCLAIR and/or VAUGHN ) </br> KILLEEN, RANDY BLADES - Warden ) </br> of ISCI, JOHN/JANE DOE - All ISCI ) </br> Medical Staff, PHILIP VALDEZ - ) </br> Warden ICC, SUSAN BAJOVICH - ) </br> Director of ICC Medical, JOHN/JANE ) </br> DOE - All Medical Staff, ) </br> ) </br> Defendants. ) </br> _____) | Case No. CV-05-485-S-BLW </br></br> **JUDGMENT** |

On July 25, 2007, the Court entered an Order dismissing this action. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED.

DATED: **July 25, 2007**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT -1**